# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

**FILED**
FEB - 7 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**In the Matter of the Search of**                    )
One (1) rectangular prism-shaped box bearing United States  )
Postal Service tracking EE482346055US, addressed to Linda   )   Case No. 4:19 MJ 3023 NCC
Jackson, 713 S. 6th Street, Monroe City, Missouri, and shipped )
from Stacey Po 154 Peho Lane, Richmond, California.     )

## APPLICATION FOR A SEARCH WARRANT

I, <u>Jared Ruhland</u>, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

One (1) rectangular prism-shaped box bearing United States Postal Service tracking EE482346055US, addressed to Linda Jackson, 713 S. 6th Street, Monroe City, Missouri, and shipped from Stacey Po 154 Peho Lane, Richmond, California.

located in the _____EASTERN_____ District of _____MISSOURI_____, there is now concealed

controlled substances and/or United States currency.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
✓ evidence of a crime;
✓ contraband, fruits of crime, or other items illegally possessed;
✓ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C., §§ 846, 841(a)(1) | Conspiracy to possess with intent to distribute controlled substance(s); |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

✓ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
JARED RUHLAND, Postal Inspector
United States Postal Inspection Service
*Printed name and title*

**Sworn to before me and signed in my presence.**

Date: _____February 7, 2019_____

*Judge's signature*

City and State:  ___St. Louis, MO___    Hon. Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*
AUSA:   ANGIE E. DANIS

# AFFIDAVIT

I, Jared M. Ruhland, being duly sworn, state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS). I have been employed by the USPIS for approximately one (1) year. I have been assigned to the Saint Louis, Missouri Multi-Functional Team for approximately one (1) year. I have received advanced training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States. The St. Louis Field Office's Multi-Functional Team has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. Prior to my employment with the USPIS, I was employed by the St. Louis County Police Department from September 2007 through April 2017. While employed with the St. Louis County Police Department, I was assigned to the Division of Patrol as a Police Officer and the Division of Crimes Against Property as a Detective.

2. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail – two-day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business correspondence. Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail is seldom used for individual-to-individual correspondence.

3. Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail. Like U.S. Postal Service Express

1

Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business correspondence. However, intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

4. In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of and destinations for controlled substances. The USPIS conducted an analysis of prior packages mailed through overnight delivery services that contained controlled substances or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight delivery packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business or company listed is not associated with the mailer and was randomly selected by the mailer in an effort to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

5. Most business mailings sent via U.S. Postal Service (USPS) or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), the USPIS learned that unknown persons posted intelligence on the Silk Road website warning prospective drug mailers that most USPIS search warrant affidavits for narcotics or narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and/or valid business names on narcotics or narcotics proceeds packages. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a

mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics or narcotics proceeds parcels. USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a known narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information that is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed person-to-person; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and/or any other characteristic previously noted in this paragraph.

6. The U.S. Postal Inspection Service St. Louis Field Office's Multi-Functional Team has found the characteristics listed in paragraphs three, four, and five are indicative of packages that have been found to contain illegal controlled substances or the proceeds/payments for controlled substances. Because this affidavit is being offered for the limited purpose of supporting a search warrant affidavit, it does not contain every fact known to the investigative team, but only those facts necessary to support the search warrant affidavit. The facts and information set forth in the affidavit are based upon my personal knowledge obtained during the course of the investigation, information reported to me by other agents and employees of the Drug Enforcement Administration (DEA) and other law enforcement agencies.

7. Based on my training, experience and participation in controlled substance investigations which have resulted from violations of the federal and state narcotic laws and based on my training and experience, it is also common for organizations to ship parcels containing illicit drugs to named recipients that either do not exists or have no association to the address in an attempt to evade law enforcement detection. Your affiant makes this affidavit in support of the search of the following identified United States Postal Service (USPS) package (hereinafter referred to as the **"subject parcel"**):

- One (1) rectangular prism-shaped box bearing United States Postal Service tracking EE482346055US, addressed to Linda Jackson, 713 S. 6th Street, Monroe City, Missouri, 65270 and shipped from Stacey Po 154 Peho Lane, Richmond, California, 94801.

8. In November 2017, DEA St. Louis investigators met with a confidential source (CS) who reported Shawn DAVIS was a multi-ounce methamphetamine distributor operating in several locations, to include Quincy and Peoria, Illinois and Hannibal and Monroe City, Missouri. Investigators with the West Central Illinois Task Force (WCITF) had already initiated an investigation into DAVIS and known co-conspirators, and began working jointly with DEA-St. Louis due to DAVIS's ties to locales in both the Central District of Illinois and the Eastern District of Missouri. CS reported that DAVIS was receiving parcel packages of methamphetamine from a source of supply in the Sacramento, California area. Beginning in April 2018, WCITF utilized CS to conduct controlled purchases of methamphetamine on at least two occasions. The controlled purchases were conducted through the use of cellular telephones and the source of supply shipped the drugs through a parcel carrier to addresses in the Western District of Illinois.

9. On December 14, 2018, the Honorable Judge Sue E. Myerscough, United States District Judge for the Central District of Illinois, authorized the initial interception of wire and electronic communications, precision location information (PLI) and pen register/trap-and-trace data (PRTT) on cellular telephone number (309) 868-3437 ("Target Telephone #1"), a phone being utilized by Shawn DAVIS. Initial interception of Target Telephone #1 ended on January 15, 2019. During the period of interception, investigators have intercepted multiple communications implicating Shawn DAVIS in a conspiracy to distribute controlled substances within both the Eastern District of Missouri and the Central District of Illinois. Investigators have identified Milton JONES and Kishia YOUNG as co-conspirators in this drug trafficking organization. On December 31, 2019, investigators intercepted communications between DAVIS and YOUNG and between DAVIS and JONES, during which DAVIS orchestrated the sale of a quantity of drugs by YOUNG to JONES. After JONES and YOUNG met in the Chicago area, investigators orchestrated a vehicle stop of JONES in Springfield, Missouri. Investigators seized approximately 500 tablets of suspected MDMA from JONES.

10. On January 16, 2019, Judge Sue E. Myerscough, United States District Judge for the Central District of Illinois, authorized the renewed interception of wire and electronic communications, PLI, and PRTT on Target Telephone #1, utilized by DAVIS. Interception began the same day and is ongoing.

11. On January 18, 2019, Investigators identified a package that was shipped from Tommy TRAN, DAVIS's suspected source of supply based on wire intercepts, to DAVIS. It was learned this package originated in Sacramento California was destined for a Monroe City Missouri. After a K9 alert, a search warrant was issued by the Honorable Magistrate Judge David D. Noce for the Eastern District of Missouri. Investigators later executed the search warrant and located approximately 450 grams of a crystal like substance that field tested positive for the presence of methamphetamine. Also contained in the package was a large amount of a green leafy substance consistent with that of cannabis.

12. On February 6, 2019, the investigative team identified a parcel being shipped from Richmond, California to Moberly, Missouri utilizing the United States Postal Service. Investigators utilized a commercial database available to law enforcement that compiles data from different sources, including public and protected sources, to query the destination address. The database results showed no person named Linda Jackson at the destination address. Investigators are aware that it is common for drug traffickers to use fictitious names with real addresses in an attempt to thwart law enforcement efforts at detecting and seizing illicit drug packages.

13. Throughout this investigation, Investigators have become aware that the DAVIS CE (Criminal Enterprise) will commonly use different parcel carriers in order to ship cannabis and methamphetamine from California to the Northeast and West Central Illinois areas. Investigators have also become aware through intercepts and the interdiction of previous packages, TRAN and DAVIS will commonly refer to methamphetamine as shoes.

14. On January 31, 2019, at approximately 11:29 p.m., TRAN contacted DAVIS, the contents of which are as follows:

TRAN: Yeah, so uh. The shoes is cleaned up. You know what I'm saying? So all I got to do

is just go ah, go wrap them up. So what I'm gonna try to do tomorrow is get off of work early to try to catch that one that will be there by Tuesday. Ah, but if I can't get off early.

DAVIS: I aight even gonna lie to you. I was just gonna fuck around and just catch it in the MO. Ah, send it to the next city over.

TRAN: Yeah, what city?

DAVIS: Mexico

15. Investigators have interpreted this conversation as TRAN and DAVIS discussing the pending shipment of methamphetamine and what city to ship it to.

16. On February 1, 2019, at approximately 10:20 a.m., investigators intercepted a call between DAVIS and a suspected Moberly Missouri based distributor, Anthony SWAN. The following is an excerpt from that conversation.

DAVIS: So Tuesday, where you gonna be at?

SWAN: I'm gonna be in Moberly Tuesday

DAVIS: I'm gonna try and pull up on ya Tuesday

SWAN: Alright

DAVIS: So, look...

SWAN: (UI)

DAVIS: ...who you stay with down there? That's what I'm talkin' about. You feel me?

6

SWAN: You said who?

DAVIS: Who you stay with down there? Like who you (UI) with? 'Cause I'm a...

SWAN: (UI)

DAVIS: I'm a need a location for my people to send a demo to you.

SWAN: Aight, aight. (UI), umm, need a location (UI) this little bitch (UI)...

DAVIS: Huh?

SWAN: ...that I been fuckin' with.

DAVIS: You said what?

SWAN: Say it's this little bitch that I been fuckin' with. (UI)...my everything. (laughs)

DAVIS: What? You said you be what to her?

SWAN: (UI). I said that bitch be runnin' everything fool.

DAVIS: Aw, for real?

SWAN: Yeah, yeah. (UI) and when she get paid, half her shit go to her savings and the other half come to me.

17. In this conversation between DAVIS and SWAN, investigators believe DAVIS and SWAN are talking about obtaining an address for a parcel package that TRAN would ship to SWAN's location. Investigators believe that the parcel in question is the **subject parcel** that investigators have identified. Investigators believe that when DAVIS said, "I'm gonna need a

7

location for my people to send a demo to you," DAVIS is referring to SWAN supplying an address, so TRAN can send a package to SWAN. SWAN references using a female's address where he is currently spending time.

18. During the morning hours of February 6, 2019, numerous text messages were intercepted. These text messages were exchanged between TRAN and DAVIS. The following will document excerpts of those text messages.

DAVIS: Yooo

TRAN: Also waiting for my dumbass girl to wake up

DAVIS: Send me the address I'm up here

TRAN: 713 S 6th STREET MOBERLY MO 65270

19. After DAVIS received the last message from TRAN, DAVIS was observed traveling to the area of 713 S. 6th Street, Moberly, Missouri. DAVIS's travel was monitored through a GPS tracker previously authorized by this court, and installed on DAVIS' vehicle.

20. Investigators later spoke with United States Postal Inspector Justin Moll, and learned the **subject parcel** had arrived at the Moberly Missouri Post Office, located at 121 Johnson St, Moberly, Missouri.

21. On February 7, 2019, investigators met with Postal Inspector Moll at the Moberly Missouri Post Office, located at 121 Johnson St, Moberly, Missouri, where the **subject parcel** had arrived. Officer Jeff Henke, with the Brookfield (Missouri) Police Department (BPD), arrived at the location with his drug detection dog (K-9), "Nitro," to assist in the investigation. Officer Henke deployed K-9 Dioji to the area in which the **subject parcel** was located, and the dog alerted to the presence of narcotics in the package. Investigators seized the **subject parcel** and secured it at 121 Johnson St, Moberly, Missouri pending application and receipt of a search warrant for the **subject parcel**.

22. DAVIS has felony convictions for the Possession of a Firearm by a Felon (Illinois 2006)

8

and Delivery of Cocaine (Illinois 2000), and is currently on bond for Possession of a Firearm by a Felon (Illinois 2017).

23.  I believe the **subject parcel** contains illicit drugs being shipped from Richmond, California to Shawn DAVIS. Attached herewith is a photograph of the mailing label for the **subject parcel**, as well as a copy of the qualifications for Officer Henke's K-9, Nitro.

24.  Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, I request that this affidavit be sealed until further order of the court.

2/7/2019
DATE

JARED M. RUHLAND
Postal Inspector
United States Postal Service

Sworn to and subscribed before me this 7th day of February, 2019.

NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

9

**PRIORITY MAIL EXPRESS** — GUARANTEED ★★★ TRACKED ★★★ INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only — Label 127R, July 2013

U.S. POSTAGE PAID
PME 2-Day
SAN FRANCISCO, CA
94116
FEB 05, 19
AMOUNT
$58.80
1007 65270
R2303S103380-09

UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

EE 482 346 055 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (510) 310-6413
STACEY PO
154 PELLO LANE
RICHMOND, CA 94801

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

TO: (PLEASE PRINT) PHONE ( )
LINDA JACKSON
713 6TH ST.
MOBERLY, MO 65270

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 94116
Scheduled Delivery Date: 2/7/19
Postage: $58.80
Date Accepted: 2/5/19
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
Time Accepted: 3:26 PM
Weight: 3 lb 11 oz
Acceptance Employee Initials: CL
Total Postage & Fees: $58.80

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt: 2-6-19  Time: 1:50 PM  Employee Signature: [signature]

$100.00 Insurance Included

PEEL FROM THIS CORNER

# Missouri Police Canine Association

## Award of Certificate



This is to certify that

### Jeff Henke

and Canine

### Nitro

**ON:** 10/25/2018

*Has achieved the high standards set forth by, and to the satisfaction of, the Missouri Police Canine Association, we do approve certification for*

**Narcotics :** Marijuana, Cocaine, Heroin, Methamphetamine
**Police Utility Dog :** Tracking, Aggression, Obedience, Building Searches, Article Searches
**Explosives :**

**MPCA Trainer:** *Scott Hedrick*                **Certificate #:** HS14-18-01

*EXPIRES ONE YEAR FROM DATE OF CERTIFICATION*

# Missouri Police Canine Association
## Certification Sheet

Date: 11-4-17    Member Type: New    Member Status: Active

Canine Directly Used For Law Enforcement: yes    Trainer's Name: Chris Smith

### Handler Information

Name: Jeff Henke
Name to Appear on Certificate as: Jeff Henke
Home Address: 130 W. Hayden St.
City: Marceline    State: MO    Zip: 64658
Home Phone:    Cell Phone: 660-998-0716
Email: jhenke@brookfieldcity.com
Department: Brookfield Police Department
Department Address: 116 W. Brooks St.
City: Brookfield    State: MO    Zip: 64628
Department Phone Number: 660-258-3385

### Canine Certification:

Canine Name: Nitro    Breed: Belgian Malinois    Age: 3    Sex: Male

### Police Utility Dog Requirements

Certification Number: To Be Assigned By MPCA SH/4-17-12

| | Certification Number | | |
|---|---|---|---|
| Obedience | SH | Agility | |
| Article Search | SH | Area Search | |
| Tracking | SH | Building Search | SH |
| Aggression Control | SH | | |

Trainer's Comments: Nice Team
Trainer Assisted By:

### Drug Detection Requirements

| Building Certification | | | Vehicle Certification | | |
|---|---|---|---|---|---|
| Marijuana | 2.6g | Box | Marijuana | 7.9 - 2.6 | KIA |
| Cocaine | 10g | Dresser | Cocaine | 10 - 5 | Tators |
| Heroin | 3.6g | PVC | Heroin | 8. - 5.6 | KIA |
| Methamphetamine | 8g | Booth | Methamphetamine | 8 - 4 | Nissan |

Trainer's Comments:
Trainer Assisted By:

### Explosive Detection Requirements

Building Certification:    Vehicle Certification:

Trainer's Comments:
Trainer Assisted By:

# Missouri Police Canine Association

## Award of Certificate



This is to certify that

### Jeff Henke

and Canine

### Nitro

**ON:** Nov. 4, 2017

*Has achieved the high standards set forth by, and to the satisfaction of, the Missouri Police Canine Association, we do approve certification for*

**Narcotics :** Marijuana, Cocaine, Heroin, Methamphetamine
**Police Utility Dog :** Tracking, Aggression, Obedience, Building Searches, Article Searches
**Explosives :**

**MPCA Trainer:** _____      **Certificate #:** SH14-17-12

EXPIRES ONE YEAR FROM DATE OF CERTIFICATION

# POLICE K9 CERTIFICATE

THIS CERTIFIES THAT

## K9 Nitro & Sgt. Jeff Henke
(K9 ID Number: 9000032001982491)

have successfully completed the required 120 Hour course of training and performance approved by K9 Working Dogs International, LLC in the State of Kansas, and are therefore awarded this:

# NARCOTICS DETECTION, TRACKING & PATROL DOG DIPLOMA

Certifying Official: David J. Kiewel, MDI

Given this 9th day of October, 2015
(Valid for One Year from Issue Date)

DUNS # 83-242-1206
DEA # RK0398075
ATF # 5-KS-027-33-3B-00798

    

| 322 Weda Street, P.O. Box 187<br>Longford, KS 67458-0187 | Phone: 877.880.0102<br>Fax: 973.273.5881 | Web: www.k9wdi.com<br>Email: info@k9wdi.com |
|---|---|---|

# THE NARCOTICS DETECTION & PATROL DOG
## - Handlers Course Agenda -

The following areas of practical and classroom instruction have been completed as outlined below:

1) **Practical Obedience and Control** : Completed: ✓
2) **Canine Care and Handling** : Completed: ✓
3) **Understanding Prey/Hunt Drives** : Completed: ✓
4) **Drive Development: Promoting & Channeling** - Completed: ✓
5) **Odor Imprinting and Introduction to Narcotics Substances** : Completed: ✓
6) **Training Aides: Care & Storage** - Completed: ✓
7) **Tracking: Scent Theory and Practical Application** – Completed: ✓
8) **Operational Search Patterns/Techniques and Handling** : Completed: ✓
9) **Proper Maintenance Training of the K-9** - Completed: ✓
10) **Canine Unit Management & Record Keeping** - Completed: ✓
11) **Supreme Court General Search and Seizure Case Law** - Completed: ✓
12) **Understanding Defense Drives** : Completed: ✓
13) **Handler Defense & Control** : Completed: ✓
14) **Subject Apprehension** : Completed: ✓
15) **Area & Building Search** : Completed: ✓
16) **Course Overview & Certification** - Completed: ✓

**Total Course Length:** 120 Hours - Completed ✓

Handler/Officer Name: Jeff Henke

Signature: Jeff Henke

Department Name: Brookfield Police Department    Canine Name: Nitro

Total Narcotic Finds: 225 (Marijuana, Heroin, Cocaine, Methamphetamine, other: _____)
Percentage of Successful Target Product Location: 100%
Target Odor Value Range from: 25 mg , to: 20 grams

Course Start Date: September 21st, 2015  Course Completion Date: October 9th, 2015

Instructor Name: David Kiesel, MDI

Signature: _____

| *DUNS # 83-242-1205* | *ATF # 5-KS-027-33-3B-00798* | *DEA # RK0398075* |
|---|---|---|